10216, 10217. CENTRAL OF GEORGIA RAILWAY COMPANY v. MOORE; and *vice versa.*

SMITH, J. 1. "Where a person driving a motor-truck on a public highway over a railroad crossing is struck by a passenger-train and injured. the mere fact that the vehicle has not been registered in the office of the secretary of State, and a license obtained, and a license fee paid as required under Georgia Laws, Ex. Sess. 1915, p. 107, will not render the person so injured a trespasser, and bar his right of recovery against the railroad company for negligence." *Central of Georgia Railway Co.* v. *Moore*, 149 *Ga.* 581 (101 S. E. 668). This ruling was made by the Supreme Court in answer to a question certified to that court by this court, and overrules the holding in *Knight* v. *Savannah Electric Co.,* 20 *Ga. App.* 314 (93 S. E. 17).

2. Those grounds of the amendment to the motion for a new trial which are not specifically abandoned disclose no reversible error; and, there being evidence to support the verdict, the trial judge did not err in overruling the motion for a new trial.

*Judgment on main bill of exceptions affirmed; cross-bill dismissed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED FEBRUARY 7, 1920.

Action for damages; from city court of Blakely—Judge Sheffield. October 21, 1918.

*Pottle & Hofmayer, A. H. Gray, L. M. Rambo,* for the railway company.

*Glessner & Collins,* contra.